■ DORIS DUBOWSKY, Respondent, v. PAUL DUBOWSKY, Appellant.— Order of the Supreme Court, Kings County, dated December 19, 1972, affirmed, without costs. Any seeming inequity in a temporary order for alimony and support is to be remedied by a speedy trial where the rights of the parties can be finally determined (*Marran* v. *Marran*, 39 A D 2d 732; *Bogut* v. *Bogut*, 38 A D 2d 829; *Tobias* v. *Tobias*, 36 A D 2d 643; *Lebovics* v. *Lebovics*, 34 A D 2d 783). Hopkins, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.